IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| LYNDA M. HOLLEY<br>　　　　　Debtor<br>PEOPLES NATURAL GAS COMPANY, LLC<br>　　　　　Movant,<br>vs.<br>LYNDA M. HOLLEY, and RONDA J. WINNECOUR, ESQUIRE, Trustee<br>　　　　　Respondents. | )<br>) Bankruptcy Case No. 21-20480-CMB<br>)<br>) Related to Docket Nos. 30 & 31<br>) Chapter 13<br>)<br>) Hearing Date: 11/10/21<br>) Hearing Time: 11:00 AM<br>)<br>)<br>) |

## CONSENT ORDER OF COURT

　　　　AND NOW, to wit this __25th__ day of __October__, 2021, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

　　　　1.　　The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

　　　　2.　　A Motion for Allowance of Administrative claim has been filed. In this case, the Debtor has subsequently brought the account current.

　　　　3.　　The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

　　　　4.　　The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition. There will be no exceptions.

BY THE COURT:

_____ J.    dmk

Consented to by:

| | |
|---|---|
| /s/ Christian M. Rieger | /S. James Wallace |
| Christian M. Rieger, Esquire | S. James Wallace, Esquire |
| Attorney for Debtor | Atty for Peoples Natural Gas Company, LLC |
| Pa. I.D. No. 307037 | Pa. I.D. No. 28815 |
| 2403 Sidney Street, Suite 214 | GRB Law |
| Pittsburgh, PA 15203 | Frick Building, 437 Grant Street, 14th Floor |
| 412-381-8809 | Pittsburgh, PA 15219 |
| criegerlaw@gmail.com | 412-281-0587 |
| | jwallace@grblaw.com |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20480-CMB |
| Lynda M. Holley | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 2 |
| Date Rcvd: Oct 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lynda M. Holley, 3217 Ward Street, Pittsburgh, PA 15213-4428 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Oct 27, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Lynda M. Holley criegerlaw@gmail.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor BANK OF AMERICA N.A. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
| Date Rcvd: Oct 25, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8