## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

                                                  Case #: 21-20480-CMB

LYNDA M HOLLEY,

                                                  Chapter 13

        Debtor

THE BANK OF NEW YORK MELLON TRUST CO.,

                                                  Related Claim: 8-1

        Movant                         Related doc: 37

        v.

LYNDA M HOLLEY, and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

## CERTIFICATE OF SERVICE
## OF DECLARATION RE: NOTICE OF PAYMENT CHANGE

        I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 14th day of December 2021 I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #8), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Jacqueline Jones
Bank of America
4161 Piedmont Parkway
Greensboro, NC 27410

                                                        Respectfully submitted,

                                                        /s/ Christian M. Rieger
                                                        Christian M. Rieger, Esquire
                                                        PA: 307037
                                                        2403 Sidney Street
                                                        Suite 214
                                                       Pittsburgh, PA 15203
                                                       (412) 381-8809
                                                       (412) 381-4594 (fax)
                                                       criegerlaw@gmail.com

Date: December 14, 2021