## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    LYNDA M. HOLLEY,

    Debtor(s)

_____

RONDA J. WINNECOUR, TRUSTEE,
    Movant(s),

- vs. -

LYNDA M. HOLLEY,

    Respondent

_____

Case No. 21-20480-CMB

Chapter 13

Related doc: 39-40
  Conciliation: 3/17/2022, 9AM
( Ch. 13 ZOOM)

### DEBTOR'S DECLARATION IN RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT

And now comes Lynda M. Holley, Chapter 13 Debtor, by and through her counsel, Christian M. Rieger, Esquire, and declares under penalty of perjury that:

1. Debtors' current mailing address is: 3217 Ward Street, Pittsburgh, PA 15213
2. The Debtor had previously lost income as a result of contracting COVID.
3. Debtor has resumed work and her payments are scheduled to resume directly effective February 2022, as evidenced on the attached Proof of Payment.

Respectfully submitted,

  /s/ Lynda M. Holey

Lynda M. Holley, Debtor

Date:  February 2, 2022