**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LYNDA M. HOLLEY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:21-20480 CMB<br><br>Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/06/2021 and confirmed on 05/04/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 9,290.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 9,290.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,743.08 | |
|     Trustee Fee | 314.97 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,058.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   THE BANK OF NY MELLON TRUST CO | 0.00 | 5,691.77 | 0.00 | 5,691.77 |
|     Acct: 5589 | | | | |
|   THE BANK OF NY MELLON TRUST CO | 21,928.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 5589 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 660.90 | 0.00 | 0.00 | 0.00 |
|     Acct: C234 | | | | |
|   BYRIDER FINANCE LLC  D/B/A CNAC | 12,703.37 | 649.25 | 885.93 | 1,535.18 |
|     Acct: 5711 | | | | |
|   EXETER FINANCE LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7892 | | | | |
| | | | | 7,226.95 |
| **Priority** | | | | |
|   CHRISTIAN M RIEGER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LYNDA M. HOLLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LYNDA M. HOLLEY | 5.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-20480 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CHRISTIAN M RIEGER ESQ** | 3,453.00 | 1,743.08 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBU | 404.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1881 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4355 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXX0480 | | | | |
| | | | | 5.00 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CONDUENT FORT RANGE BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: R11B | | | | |
| CONDUENT FORT RANGE BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: R11A | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 10,313.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1881 | | | | |
| VA PGH EMPLOYEE FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5557 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 300.69 | 0.00 | 0.00 | 0.00 |
| Acct: 5914 | | | | |
| UPMC HEALTH SERVICES | 108.63 | 0.00 | 0.00 | 0.00 |
| Acct: 1881 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 406.04 | 0.00 | 0.00 | 0.00 |
| Acct: 9773 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | | | 7,231.95 |
|---|---|---|---|---|

TOTAL CLAIMED
 PRIORITY           409.80
 SECURED         35,292.90
 UNSECURED       11.129.16

Date: 06/07/2023                                                              /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com